IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY M. CROSS | CIVIL ACTION |
| Plaintiff | |
| vs. | NO. 1:06-cv-00693-LEK-DRH |
| CSX TRANSPORTATION, INC. | |
| and | **STIPULATION OF DISMISSAL** |
| NATIONAL RAILROAD PASSENGER CORPORATION | |
| Defendants | |

It is hereby agreed and stipulated by the Plaintiff, Jeffrey M. Cross, and the Defendants, CSX Transportation, Inc., and National Railroad Passenger Corporation, by and through their respective legal counsel, that the above matter be, and hereby is, dismissed with prejudice in its entirety, each party to bear its own costs.

| LAW OFFICE OF THOMAS J. JOYCE, III | BURNS, WHITE & HICKTON |
|---|---|
| *s/Elizabeth L. Schmidt* | *s/John B. Greenlee* |
| Elizabeth L. Schmidt, Esquire | John B. Greenlee, Esquire |
| 900 Centerton Road | 106 Isabella Street |
| Mount Laurel, NJ 08054 | Pittsburgh, PA 15212 |
| (856) 914-0220 | (412) 995-3000 |
| Attorney for Plaintiff, Jeffrey M. Cross | Attorney for Defendant, CSX Transp., Inc. |

LANDMAN, CORSI, BALLAINE & FORD

*s/Andrew J. Kornblau*
Andrew J. Kornblau, Esquire
One Gateway Center, Suite 400
Newark, NJ 07102
(973) 623-2700
Attorney for Defendant, National Railroad Passenger Corp.

**APPROVED:**

David R. Homer
U.S. M. J.
7/5/07